# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**KYLE REYES,**   Case No.:  8:17-cv-02692-SCB-TBM

    **Plaintiff,**

**v.**

**SMARTPAY LEASING, LLC
AND BILLFLOAT, INC.**

    **Defendant.**

_____/

## JOINT MOTION STAYING CASE PENDING ARBITRATION

Plaintiff, Kyle Reyes ("Plaintiff"), and Defendant SmartPay Leasing LLC and BillFloat, Inc., ("Defendants") (collectively the "Parties"), by and through their undersigned counsel, hereby submit this joint motion staying case pending arbitration, stating as follows:

1.  Plaintiff commenced this action by filing a complaint against Defendants on or about November 8, 2017.  [*See* Doc. 1, Complaint.]

2.  Plaintiff filed an amended complaint on January 5, 2018.  [*See* Doc. 7, Complaint.]

3.  The Parties have since agreed to arbitrate all of the claims against one another pursuant to the parties' written arbitration agreement.

4.  The Parties therefore respectfully request that this Court enter the Agreed Order attached hereto as Exhibit "A," which orders that this lawsuit be stayed pending arbitration.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that this Court enter the Agreed Order attached hereto as Exhibit "A."

Respectfully submitted this 31st day of January, 2018.

*s/Heather H. Jones*
**Heather H. Jones (FL Bar. No. 0118974)**
**William Peerce Howard (FL Bar No. 010330)**
The Consumer Protection Firm
210-A South MacDill Avenue
Tampa, FL 33609
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com

Attorney for Plaintiff,
KYLE REYES

*/s/Laura Westerman Tanner*
**R. Frank Springfield (FL Bar # 0010871)**
Email: FLService@burr.com
Secondary Email: fspringf@burr.com
Secondary Email: sthompso@burr.com
Secondary Email: sfoshee@burr.com

**Laura Westerman Tanner (FL Bar No. 0085573)**
Email: ltanner@burr.com
Secondary Email: dmorales@burr.com; mmichelson@burr.com
BURR & FORMAN LLP
201 N. Franklin Street, Suite 3200
Tampa, Florida 33602
Telephone: 813-221-2626
Facsimile: 813-221-7335

Attorneys for Defendant,
SMARTPAY LEASING LLC AND BILLFLOAT, INC.